# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

Mark A. Suire, et al.                          Civil Action No. 05-0046

versus                                         Judge Tucker L. Melançon

20 Grand Offshore, Inc., et al.                Magistrate Judge Methvin

## JUDGMENT OF DISMISSAL

The Court having been advised that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

Thus done and signed this 20th day of December, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE